FILED
SEP 10 2012
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

YEN TON,

    Plaintiff,

vs.

WALTHER PRODUCTIONS, INC., d/b/a
ALL GOOD FESTIVAL, a Maryland corporation;
ALL GOOD FESTIVAL, INC., a Maryland
corporation; TIM WALTHER; JUNIPA CONTENTO;
MARVIN HUGGINS; MARVIN'S MOUNTAINTOP, LLC,
a West Virginia limited liability company;
M & M PARKING, INC., a/k/a
M & M PARKING SERVICES, INC.; a/k/a M & M
EVENT SERVICES, LLC, a Pennsylvania corporation;
EVENT STAFFING, INC., a Virginia corporation;
NATIONAL EVENT SERVICES, INC., a New Hampshire
corporation; AXIS SECURITY, INC., a Tennessee
corporation; CLAY HARLIN LEWIN; JAMES TOBIN and
JIM TOBIN PRODUCTIONS,

    Defendants.

CIVIL ACTION NO. 1:11-CV-152
(Judge Keeley)

## ORDER OF DISMISSAL

On the 10th day of September, 2012, came the Plaintiff, Yen Ton, by counsel, and the Defendants James Tobin and Jim Tobin Productions, by counsel, and advised that all matters between them have been compromised and settled. Such parties have jointly moved for a dismissal of the action against James Tobin and Jim Tobin Productions as well as all cross-claims against such Defendants.

The Court finds that the settlement is in good faith and that the matter should be and is hereby DISMISSED with prejudice with respect to the Plaintiff's Complaint against James Tobin and Jim Tobin Productions. All cross-claims against James Tobin and Jim Tobin Productions are also DISMISSED with prejudice in light of the good faith settlement pursuant to the West Virginia

Supreme Court of Appeals' decision in <u>Board of Education of McDowell County v. Zando, Martin and Milstead, Inc.</u>, 182 W.Va. 597, 390 S.E.2d 796 (1990).

It is so ORDERED.

ENTER this 10th day of September, 2012.

                                            IRENE KEELEY, JUDGE